# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARRY JAMES WASHINGTON,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76521

FILED

SEP 1 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This pro se petition seeks a writ of mandamus directing the district court to reinstate a judgment of conviction that it vacated at petitioner's request. *See* NRS 34.160; NRS 34.170. Without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See State v. Eighth Judicial Dist. Court*, 127 Nev. 927, 931, 267 P.3d 777, 779-80 (2011) ("[T]he decision to entertain an extraordinary writ petition lies within our discretion."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Larry James Washington
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

18-35952